**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00348-ZLW

DARREL GUICE,

    Applicant,

v.

EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for judgment by default submitted to and filed with the Court on September 24, 2009, by Applicant, Darrel Guice. On June 12, 2009, the Court denied the habeas corpus application and dismissed the action for failure to exhaust state remedies. Judgment was entered on the same day. This case is closed. Therefore, the motion for judgment by default is DENIED as moot.

Dated: September 25, 2009